ACCEPTED
15-25-00095-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/25/2025 9:52 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00095-CV

## In the Court of Appeals
## for the Fifteenth District of Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/25/2025 9:52:37 AM
CHRISTOPHER A. PRINE
Clerk

### Primexx Energy Opportunity Fund, LP, *et al.*,

*Appellants,*

**v.**

### Primexx Energy Corporation, *et al.*,

*Appellees.*

---

## Appeal from the Texas Business Court, First Division
Dallas County, Texas
Honorable Bill Whitehill

---

## FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF

---

**SUSMAN GODFREY L.L.P.**

Stephen Shackelford, Jr.
State Bar No. 24062998 (TX)
sshackelford@susmangodfrey.com
1000 Louisiana Street, Ste 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*Pro hac vice forthcoming*:

Marc M. Seltzer
mseltzer@susmangodfrey.com
Bryan Caforio
bcaforio@susmangodfrey.com
Lindsey Godfrey Eccles
leccles@susmangodfrey.com
Sarah Hannigan
shannigan@susmangodfrey.com

*Attorneys for Appellees*

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Primexx Energy Opportunity Fund LP and Primexx Energy Opportunity Fund II LP ("Appellants") file this first unopposed motion for a 30-day extension of time to file Appellants' Brief, with a new submission date of July 28, 2025. Appellants require additional time to evaluate the record. This is Appellants' first request for an extension.

Appellants respectfully request that the Court grant its first unopposed motion for a 30-day extension of time to file Appellants' Brief, with a new submission date of July 28, 2025.

Dated: June 25, 2025

Respectfully submitted,

SUSMAN GODFREY L.L.P.

By: */s/ Stephen Shackelford, Jr.*
    Stephen Shackelford, Jr.
    State Bar No. 24062998 (TX)
    sshackelford@susmangodfrey.com
    SUSMAN GODFREY L.L.P.
    1000 Louisiana Street, Suite 5100
    Houston, Texas 77002
    Telephone: (713) 651-9366
    Facsimile: (713) 654-6666

    Marc M. Seltzer
    (*pro hac vice forthcoming*)
    State Bar No. 54534 (CA)
    mseltzer@susmangodfrey.com

Bryan Caforio
(*pro hac vice forthcoming*)
State Bar No. 261265 (CA)
bcaforio@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Lindsey Godfrey Eccles
(*pro hac vice forthcoming*)
State Bar No. 33566 (WA)
leccles@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Sarah Hannigan
(*pro hac vice forthcoming*)
State Bar No. 5961248 (NY)
shannigan@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

***Attorneys for Appellees***

**Certificate of Service**

This is to certify that on June 25, 2025, a true and correct copy of the above and foregoing instrument was properly forwarded to counsel of record in accordance with Rule 21 of the Texas Rules of Civil Procedure.

*/s/ Stephen Shackelford, Jr.*
Stephen Shackelford, Jr.

## Certificate of Conference

Counsel for Appellants conferred with counsel for Appellees via e-mail on June 25, 2025 regarding this motion. Appellees do not oppose this motion.

*/s/ Stephen Shackelford, Jr.*
Stephen Shackelford, Jr.

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Stephen Shackelford on behalf of Stephen Shackelford
Bar No. 24062998
sshackelford@susmangodfrey.com
Envelope ID: 102399910
Filing Code Description: Motion
Filing Description: Unopposed Motion for Extension of Time to File Appellants' Brief
Status as of 6/25/2025 10:08 AM CST

Associated Case Party: M. CHRISTOPHER DOYLE

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Roger BCowie | | Roger.Cowie@troutman.com | 6/25/2025 9:52:37 AM | SENT |
| Taylor Levesque | | taylor.levesque@troutman.com | 6/25/2025 9:52:37 AM | SENT |
| Veronica Long | | Veronica.Long@troutman.com | 6/25/2025 9:52:37 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Sarah Hannigan | | shannigan@susmangodfrey.com | 6/25/2025 9:52:37 AM | SENT |
| Bryan Caforio | | bcaforio@susmangodfrey.com | 6/25/2025 9:52:37 AM | SENT |
| Michelle Williams | | mwilliams@susmangodfrey.com | 6/25/2025 9:52:37 AM | SENT |
| Josephine Wang | | jwang@susmangodfrey.com | 6/25/2025 9:52:37 AM | SENT |
| Lindsey Godfrey Eccles | | leccles@susmangodfrey.com | 6/25/2025 9:52:37 AM | SENT |
| Marc M.Seltzer | | mseltzer@susmangodfrey.com | 6/25/2025 9:52:37 AM | SENT |